# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 79TH JUDICIAL DISTRICT COURT OF JIM WELLS COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on September 17, 2014, the cause upon appeal to revise or reverse your judgment between

King Ranch, Inc., Appellant

V.

Juan Antonio Garcia, Gonzalo Chapa, Jr., and Carmen S. Chapa, Appellee

No. 04-13-00605-CV and Tr. Ct. No. 12-11-51704-CV

was determined, and therein our said Court of Appeals made its order in these words:

**Appellees' motion for rehearing is DENIED. This court's opinion and judgment dated August 6, 2014 are WITHDRAWN. In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and judgment is RENDERED that the boundary line between the parties' properties is a straight line, and King Ranch, Inc. owns the land south of the boundary line. It is ORDERED that appellant, King Ranch, Inc., recover its costs of this appeal from the appellees, Juan Antonio Garcia, Gonzalo Chapa, Jr., and Carmen S. Chapa.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on April 28, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00605-CV

**King Ranch, Inc.**

**v.**

**Juan Antonio Garcia, Gonzalo Chapa, Jr., and Carmen S. Chapa**

(NO. 12-11-51704-CV IN 79TH JUDICIAL DISTRICT COURT OF JIM WELLS COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | DAVID TOWLER |
| COPIES | $5.00 | PAID | MICHAEL JAMES KRUEGER |
| MOTION FEE | $10.00 | E-PAID | DAVID D. TOWLER |
| MOTION FEE | $10.00 | E-PAID | CHARLES WATSON |
| MOTION FEE | $10.00 | E-PAID | JACKIE GROVES |
| MOTION FEE | $10.00 | E-PAID | LOCKE LIDDELL HOUSTON |
| REPORTER'S RECORD | $3,818.00 | PAID | SONIA TREVINO |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | LOCKE LIDDELL HOUSTON |
| INDIGENT | $25.00 | E-PAID | LOCKE LIDDELL HOUSTON |
| FILING | $100.00 | E-PAID | LOCKE LIDDELL HOUSTON |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | LOCKE LIDDELL HOUSTON |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this April 28, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853